**FILED**
CLERK, U.S. DISTRICT COURT

6/12/2025

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____MMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JAMAL WASHINGTON,<br>  aka "Ahk,"<br>  aka "AHK Kash,"<br>  aka "Ahkdaclicka,"<br>  aka "Bigben 411,"<br><br>Defendant. | CR No. 2:25-CR-00466-SVW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 21 U.S.C. § 846: Conspiracy to Distribute Oxycodone and Promethazine with Codeine; 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853, 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The United States Attorney charges:

A.   INTRODUCTORY ALLEGATIONS

1.   Defendant BENJAMIN JAMAL WASHINGTON, also known as ("aka") "Ahk," aka "AHK Kash," aka "Ahkdaclicka," aka "Bigben 411," was a resident of the State of Maryland who traveled to multiple locations, including places within the Central District of California.  As alleged below, defendant WASHINGTON organized and executed a scheme to steal the identities of dozens of medical doctors so that defendant WASHINGTON and his co-conspirators could issue fraudulent prescriptions of controlled substances.

2.    A Subscriber Identity Module ("SIM") card is a chip located inside a cell phone that stores information identifying and authenticating a cell phone subscriber.  When a cell phone carrier reassigns a phone number from one physical phone to another -- such as when a customer purchases a new phone but wants to retain the same number -- the carrier switches the assignment of the cell phone number from the SIM card in the old phone to the SIM card in the new phone.

3.    "SIM swapping" refers to the process of fraudulently inducing a carrier to reassign a cell phone number from the legitimate subscriber or user's SIM card to a SIM card controlled by another without the legitimate subscriber or user's authorization.

4.    A National Provider Identifier ("NPI") number is a unique identifying number issued to covered medical providers, including doctors, by the Centers for Medicare and Medicaid Services.

5.    Before a medical provider can dispense, administer, or prescribe a controlled substance, the medical provider is required apply for and obtain authorization from the Drug Enforcement Administration ("DEA").  If the DEA provides such authorization to the medical provider, the DEA will issue the medical provider a unique DEA registration number commonly referred to as a "DEA Registration Number" and/or "DEA Number."

6.    Medical providers who are authorized to issue prescriptions are permitted to issue prescriptions by utilizing an electronic prescribing ("e-prescribing") platform, which, after taking steps to verify the identity of the prescribing medical provider, allow a healthcare provider to electronically prescribe medication, including

controlled substances, to patients and have the prescriptions sent to specific pharmacies.

7.   To authenticate the identity of a medical provider, many e-prescribing platforms require users to first create an ID.me account to verify the user's identity.  ID.me is a digital identift service which allows users to verify their identity online by, among other things, submitting a copy of their driver's license and providing the user's personal identifying information, including a telephone number, Social Security number, NPI number, and/or DEA registration number.  As alleged below, defendant WASHINGTON and other co-conspirators repeatedly submitted fake identification documents and other fraudulent information to Id.me for the purpose of activating fraudulent e-prescribing accounts in physician victims' names, including physician victims P.G., T.J., Y.A., S.S., J.W., P.H., A.A., S.M., E.K., J.C., J.A., G.M., A.C., and J.A.

8.   These Introductory Allegations are incorporated into each Count of this Information.

//
//
//

COUNT ONE

[18 U.S.C. § 1349]

A.    OBJECT OF THE CONSPIRACY

9.    Beginning on an unknown date, but no later than in or around September 2020, and continuing through May 28, 2023, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant BENJAMIN JAMAL WASHINGTON, also known as ("aka") "Ahk," aka "Ahk Kash," aka "Ahkdaclicka," aka "Bigben 411," conspired with others known and unknown to the United States Attorney to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

B.    MANNER AND MEANS OF THE CONSPIRACY

10.    The object of the conspiracy was to be carried out, and was carried out, in substance, as follows:

a.    Co-conspirators, including defendant WASHINGTON, would obtain personal identifying information related to victim doctors, including, but not limited to, the physician victims' names, dates of birth, addresses, phone numbers, NPI numbers, and DEA registration numbers.

b.    Co-conspirators, including defendant WASHINGTON, would obtain fake drivers' licenses in the names of physician victims for the purpose of impersonating the physician victims to open fraudulent e-prescribing accounts.

c.    Defendant WASHINGTON would coordinate with and pay co-conspirators who worked for phone companies, including Phone Carrier #1, to execute illegal SIM swaps so that defendant WASHINGTON and other co-conspirators could gain control of phone numbers belonging to physician victims.

4

d.    Using fraudulent identification documents and/or the physician victims' stolen phone numbers, defendant WASHINGTON and other co-conspirators would open fraudulent electronic prescribing accounts in the names of physician victims (the "Fraudulent E-Prescribing Accounts").

e.    Co-conspirators, including defendant WASHINGTON, would communicate about their illegal scheme to coordinate, among other things, obtaining personal identifying information about physician victims, issuing fraudulent prescriptions using the Fraudulent E-Prescribing Accounts, and traveling to pick up the fraudulently issued prescriptions.

f.    Using the Fraudulent E-Prescribing Accounts, defendant WASHINGTON and other co-conspirators would submit thousands of fraudulent prescriptions of controlled substances, including illegal prescriptions of oxycodone and promethazine with codeine.

g.    Co-conspirators, including defendant WASHINGTON, would travel to pharmacies across the United States, including pharmacies within the Central District of California, to pick up the illegally prescribed controlled substances.

11.    In total, during the conspiracy, defendant WASHINGTON and his co-conspirators caused at least 5,600 fraudulent prescriptions to be issued throughout the United States, including hundreds of fraudulent prescriptions of controlled substances to pharmacies within the Central District of California.

C.    OVERT ACTS

12.    On or about the following dates, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendant WASHINGTON and others known and unknown to the United States

Attorney, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On September 12, 2020, in text messages, defendant WASHINGTON told Co-Conspirator 1 the following: "You'll need the Patients info and doctors info.  Get the doctors DEA#, address, name, phone # from Deanumber.com (use a punch to get searches these are all active)[.]  Google search and get the doctors NPI (public info first result on google)."

Overt Act No. 2:    On December 18, 2020, in text messages, Co-Conspirator 1 communicated with Individual 1, who worked at a pharmacy, to solicit guidance about impersonating a doctor when interacting with a pharmacy.  During the exchange, Co-Conspirator 1 wrote "Good looks bro I aint tryna get blitzed by the feds outside a pharmacy."

Overt Act No. 3:    On January 28, 2021, in text messages, defendant WASHINGTON told Co-Conspirator 1, "bro I gotta teach you about percs," referring to a pharmaceutical pill containing oxycodone, and "We going have a pharmaceutical class."

Overt Act No. 4:    On February 6, 2021, in text messages, defendant WASHINGTON directed Co-Conspirator 1 to ask Individual 1 "about e scripts bro and how the doctors fax the prescription."

Overt Act No. 5:    Later on February 6, 2021, in text messages, defendant WASHINGTON asked Co-Conspirator 1, "What portal does the doctors and pharmacies use to get the escript[?]" and "We need as much info from [Individual 1] as we can get [because] look bro I'm talking this hacker we working on hacking the portals."

Overt Act No. 6:    On February 6, 2021, shortly after receiving the text message referenced in Overt Act No. 5, Co-Conspirator 1 asked Individual 1, "Do [you know] what portal the doctors use to send e scripts to the pharmacy?"

Overt Act No. 7:    On July 16, 2021, defendant WASHINGTON contacted Individual 2 to solicit help in the conspiracy, stating: "y'all can make a lot of money w me. Can u ask her if she's able to sim swap?"  Defendant WASHINGTON also promised payment to Individual 2 and Individual 2's contact: "Imm going to pay her 300 a swap and every time I do a play I'm going to cut y'all both at least 2k each."

Overt Act No. 8:    On August 21, 2021, defendant WASHINGTON caused to be created an ID.Me account in the name of victim doctor M.S., using victim M.S.'s date of birth, Social Security Number, NPI number, and DEA registration number, among other personal data.

Overt Act No. 9:    Beginning no later than August 22, 2021, defendant WASHINGTON began using an EMR account in the name of victim M.S. to issue fraudulent e-prescriptions of controlled substances in victim M.S.'s name.

Overt Act No. 10:    On August 23, 2021, defendant WASHINGTON, posing as victim doctor Y.A., caused to be electronically submitted at least one fraudulent oxycodone prescription to a pharmacy located in Los Angeles County, within the Central District of California, for a purported patient with Co-Conspirator 2's last name.

Overt Act No. 11:    On September 10, 2021, defendant WASHINGTON flew from Washington Dulles International Airport to Los Angeles International Airport to, among other things, submit and pick up fraudulent prescriptions of controlled substances.

Overt Act No. 12:   On September 19, 2021, defendant WASHINGTON conducted Google searches for "electronic prescriptions california" and "California e-Prescribing – MDToolbox."

Overt Act No. 13:   On September 21, 2021, defendant WASHINGTON, posing as victim doctor S.S., caused to be electronically submitted at least five fraudulent prescriptions to pharmacies located in Los Angeles County, within the Central District of California, for defendant WASHINGTON.

Overt Act No. 14:   On September 21, 2021, defendant WASHINGTON, posing as victim doctor S.S., caused to be electronically submitted at least three fraudulent prescriptions to a pharmacy located in Long Beach, California, within the Central District of California.

Overt Act No. 15:   On October 1, 2021, defendant WASHINGTON, posing as victim doctor M.S., caused to be electronically submitted at least three fraudulent prescriptions, including a prescription for promethazine with codeine to a pharmacy located in Los Angeles County, within the Central District of California, for a purported patient with the last name "Washington."

Overt Act No. 16:   On October 1, 2021, defendant WASHINGTON or a co-conspirator traveled to a pharmacy located in Los Angeles County and picked up fraudulently prescribed promethazine with codeine that was prescribed to a purported patient with the last name "Washington."

Overt Act No. 17:   On October 1, 2021, defendant WASHINGTON, posing as victim doctor M.S., caused to be electronically submitted fraudulent prescriptions, including two prescriptions for promethazine with codeine to two different pharmacies located in Los

Angeles County, within the Central District of California, for a purported patient with Co-Conspirator 2's last name.

Overt Act No. 18:   On October 2, 2021, defendant WASHINGTON, posing as victim doctor M.S., caused to be electronically submitted fraudulent prescriptions, including a prescription for promethazine with codeine to a pharmacy located in Los Angeles County, within the Central District of California, for defendant WASHINGTON.

Overt Act No. 19:   On October 2, 2021, defendant WASHINGTON, posing as victim doctor M.S., caused to be electronically submitted at least three fraudulent prescriptions, including one prescription for promethazine with codeine to a pharmacy located in Los Angeles County, within the Central District of California, for a purported patient with Co-Conspirator 2's last name.

Overt Act No. 20:   On October 2, 2021, defendant WASHINGTON, posing as victim doctor M.S., caused to be electronically submitted fraudulent prescriptions, including one prescription for promethazine with codeine to a pharmacy located in Los Angeles County, within the Central District of California, for a purported patient with Co-Conspirator 3's last name.

Overt Act No. 21:   On October 3, 2021, defendant WASHINGTON and Co-Conspirators 2 and 3 flew from Los Angeles International Airport to Washington Dulles International Airport.

Overt Act No. 22:   In or around October 2021, in text messages, defendant WASHINGTON communicated with Co-Conspirator 4, who was an employee of Phone Carrier #1, about Co-Conspirator 4 conducting an illegal SIM swap for a phone number belonging to victim doctor G.M. Victim physician G.M. maintained a practice in Glendora, California, in Los Angeles County, within the Central District of California.

Overt Act No. 23:   On or before October 18, 2021, Co-Conspirator 4 performed a SIM swap of victim doctor G.M.'s phone number.

Overt Act No. 24:   On November 1, 2021, Co-Conspirator 1 conducted a Google search for "how to find doctor's dea number."

Overt Act No. 25:   On January 26, 2022, co-conspirators submitted a fraudulent prescription for promethazine with codeine to Giant Pharmacy #6079 in York, Pennsylvania, purportedly from victim physician A.A. for a patient with the same last name as defendant LEE.

Overt Act No. 26:   On January 27, 2022, Co-Conspirator 1 conducted a Google search for the pharmacy referenced in Overt Act No. 25 with a search for "giant 6079 york pa".

Overt Act No. 27:   On January 26, 2022, co-conspirators submitted a fraudulent prescription for promethazine with codeine to CVS Pharmacy #16576 in York, Pennsylvania, purportedly from victim physician A.A. for a patient with the same last name as Co-Conspirator 1.

Overt Act No. 28:   On January 27, 2022, Co-Conspirator 2 conducted a Google search for the pharmacy referenced in Overt Act No. 27 with a search for "cvs 16576 york pa".

Overt Act No. 29:   On February 24, 2022, defendant WASHINGTON caused a co-conspirator to perform a SIM swap to take control of victim doctor T.J.'s phone number, resulting in co-conspirators having access to and control of that phone number.

Overt Act No. 30:   On February 25, 2022, using victim doctor T.J.'s phone number and personal identifying information, defendant WASHINGTON caused the creation of an ID.me account in the name of

victim doctor T.J.  To open the fraudulent e-prescribing account, defendant WASHINGTON submitted to ID.me a photograph of a driver's license bearing the name of victim physician T.J. and an image of defendant WASHINGTON's face.

Overt Act No. 31:  On March 6, 2022, defendant WASHINGTON, posing as victim doctor T.J., caused to be electronically submitted multiple fraudulent prescriptions, including a prescription for promethazine with codeine to a pharmacy in Los Angeles County, within the Central District of California, for a purported patient with Co-Conspirator 1's last name.

Overt Act No. 32:  On March 11, 2022, defendant WASHINGTON, posing as victim physician P.G., caused to be electronically submitted at least nine fraudulent prescriptions, including prescriptions for promethazine with codeine to two pharmacies in Carlisle, Pennsylvania ("PA Pharmacy 1" and "PA Pharmacy 2"), for a purported patient with the last name "Washington."

Overt Act No. 33:  On March 14, 2022, defendant WASHINGTON and other co-conspirators, including Co-Conspirator 1, traveled to PA Pharmacy 1 located in Carlisle, Pennsylvania, to pick up a fraudulently issued prescription of promethazine with codeine that was issued in physician victim P.G.'s name for a purported patient with the last name "Washington."

Overt Act No. 34:  On March 14, 2022, defendant WASHINGTON went inside PA Pharmacy 1 and purchased a fraudulently issued prescription of promethazine with codeine.

Overt Act No. 35:  On April 14, 2022, in text messages, defendant WASHINGTON told Co-Conspirator 1 to "Look up docs" and "That's your role."

11

Overt Act No. 36:   On May 13, 2022, in text messages, Co-Conspirator 1 offered to pay Individual 3 to set up an ID.me account for "doctor portals."  Among other things, Co-Conspirator 1 directed Individual 3 to "Download the app called iprescribe and try it on there."  LEE told Individual 3: "My whole team makin money fr , it's a beautiful thing."

Overt Act No. 37:   On May 29, 2022, defendant WASHINGTON, posing as victim doctor T.J., caused to be electronically submitted multiple fraudulent prescriptions, including a prescription for promethazine with codeine to a pharmacy in Los Angeles County, within the Central District of California, for a purported patient with the last name of "Washington."

Overt Act No. 38:   On June 29, 2022, inside of an apartment located in Washington D.C., defendant WASHINGTON and other co-conspirators possessed in their shared apartment in Washington, D.C., personally identifying information belonging to multiple victim doctors, including NPI and DEA numbers, a fraudulent driver's license bearing the name of victim doctor T.J. and the image of defendant WASHINGTON, and at least five empty prescription bottles labeled as containing promethazine with codeine.

Overt Act No. 39:   On September 4, 2022, defendant WASHINGTON, posing as victim doctor P.G., caused to be electronically submitted a fraudulent prescription of oxycodone, Prescriber Order Number 1941c6670829245, to a pharmacy in Los Angeles County, within the Central District of California.

COUNT TWO

[18 U.S.C. §§ 1028A(a)(1), 2(b)]

On or about September 4, 2022, in Los Angeles County, within the Central District of California, defendant BENJAMIN JAMAL WASHINGTON, also known as ("aka") "Ahk," aka "Ahk Kash," aka "Ahkdaclicka," aka "Bigben 411," knowingly transferred, possessed, and used, and willfully caused the transfer, possession, and use, without lawful authority, of means of identification that defendant WASHINGTON knew belonged to another person, namely, the name of victim physician P.G. used to issue a fraudulent prescription of oxycodone to a pharmacy located in Los Angeles, California, during and in relation to the offense of Conspiracy to Commit Wire Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Information.

COUNT THREE

[21 U.S.C. § 846]

A.   OBJECTS OF THE CONSPIRACY

13.   Beginning on an unknown date, but no later than in or around September 2020, and continuing through on or about May 28, 2023, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant BENJAMIN JAMAL WASHINGTON, also known as ("aka") "Ahk," aka "Ahk Kash," aka "Ahkdaclicka," aka "Bigben 411," and others known and unknown to the United States Attorney, conspired and agreed with each other to knowingly and intentionally distribute and possess with intent to distribute:

a.   Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C); and

b.   Promethazine with codeine, a Schedule V controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(E)(iii)(3).

B.   MANNER AND MEANS OF THE CONSPIRACY

14.   Paragraphs 10 and 11 of Count One of this Information are re-alleged and incorporated by reference as if fully set forth herein.

C.   OVERT ACTS

15.   In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendant WASHINGTON and others known and unknown to the United States Attorney, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, Overt Acts Nos. 1 through

14

39, as set forth in Count One, which are re-alleged and incorporated by reference as if fully set forth herein.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One and Two of this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to the offenses; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

16

FORFEITURE ALLEGATION TWO

[21 U.S.C. § 853]

1.    Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offense set forth in Count Three of this Information.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)  All right, title, and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.    Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

17

in value; or (e) has been commingled with other property that cannot be divided without difficulty.

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorneys
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

ELIZABETH S.P. DOUGLAS
Assistant United States Attorney
Major Frauds Section

MATTHEW J. TAKO
Assistant United States Attorney
General Crimes Section